IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:21-cv-00124-KDB-DSC

| | |
|---|---|
| ASHLEY N. JONES, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MCCARTHY, BURGESS & WOLFF, INC, an Ohio corporation,<br><br>Defendant. | **ORDER** |

THIS MATTER is before the Court on the parties' Joint Motion to Remand (Doc. No. 13). For the reasons stated in the Motion and supporting memorandum (Doc. No. 14) and in light of the consent of all parties, the Court GRANTS the Motion and REMANDS this matter to the General Court of Justice, Superior Court Division, of Catawba County, North Carolina.

SO ORDERED.

Signed: April 6, 2022

*/s/ Kenneth D. Bell*
Kenneth D. Bell
United States District Judge